**Bruce A. Neilson #096952**
**7108 N. Fresno St. #190**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Alsadies, Inc., dba Ventura Supermarket
and Adel Mohamed Ali

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>ALSADIES, INC., dba VENTURA SUPERMARKET; ADEL MOHAMED ALI,<br><br>Defendants.<br>_____ | CASE NO. 1:13-cv-00267-LJO-GSA<br><br>STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>Current Date: June 4, 2013<br>Time: 9:00 a.m.<br>Ctrm: #10 (6th Floor)<br><br>Gary S. Austin<br>U.S. Magistrate Judge |

WHEREAS:

1. Plaintiff Natividad Gutierrez filed this action on February 21, 2013.

2. Plaintiff and Defendants are in settlement negotiations at this time and a settlement is expected in a matter of days.

3. Plaintiff has sent to Defendants a proposed settlement agreement containing monetary and equitable demands for Defendants' review to settle this case.

4. Parties agree that settlement of this case would save valuable court time and resources.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Navitidad Gutierrez, through his attorneys, hereby stipulate and agree that the mandatory scheduling conference in this matter shall be continued to a date after July 31, 2013 at the Court's convenience, pending court approval.

Navidad Gutierrez v.Alsadies, Inc. et al.
Stip to Continue Mandatory Scheduling Conf.

1

Case No. 1:13-cv-00267

IT IS SO STIPULATED.

Dated: May 28, 2013                         /s/ Bruce A. Neilson
                                            Bruce A. Neilson, Attorney for Defendants

                                            MOORE LAW FIRM, PC

Dated: May 28, 2013                         /s/ Tanya E. Moore
                                            Tanya E. Moore, Attorneys for Plaintiff

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the mandatory scheduling conference in this action be continued from June 4, 2013 to August 7, 2013 at 10:00 am in Courtroom 10 of the above entitled court. A joint scheduling report shall be filed no later than seven (7) days prior to this date.

IT IS SO ORDERED.

  Dated:  **May 28, 2013**                  **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2

Navidad Gutierrez v.Alsadies, Inc. et al.
Stip to Continue Mandatory Scheduling Conf.                              Case No. 1:13-cv-00267