Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALSADIES, INC., dba VENTURA SUPERMARKET, et al.,<br><br>  Defendants. | No.  1:13-cv-00267-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

  IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Alsadies, Inc., dba Ventura Supermarket, and Adel Mohamed Ali, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 8, 2013                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Natividad Gutierrez

Date: August 8, 2013                    */s/ Bruce A. Neilson*
                                        Bruce A. Neilson
                                        Attorney for Defendants
                                        Alsasides, Inc., dba Ventura Supermarket
                                        and Adel Mohamed Ali

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **August 8, 2013**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE